UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAFAEL CABRAL,

       Petitioner,

vs.

       Case No. 05-CV-73437
       HON. GEORGE CARAM STEEH
       Crim. No. 93-CR-81315-02

UNITED STATES OF AMERICA,

       Respondent.

_____/

ORDER DENYING CERTIFICATE OF APPEALABILITY AS
TO SEPTEMBER 14, 2005 ORDER DISMISSING SECOND § 2255 PETITION (#620)

       Rafael Cabral's September 7, 2005 motion for relief under 28 U.S.C. § 2255 was dismissed by the court on September 14, 2005 as a second § 2255 petition filed without permission of the court of appeals.  See In re Clemmons, 259 F.3d 489, 491 (6th Cir. 2001); 28 U.S.C. § 2244(b)(3)(A).  Before petitioner may appeal the September 14, 2005 decision, a certificate of appealability must issue.  28 U.S.C. §2253(c)(1)(B); Fed. R. App. P. 22(b).  A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2). Petitioner has made no such showing.  Accordingly, a certificate of appealability is hereby DENIED.

       SO ORDERED.

       s/George Caram Steeh
       GEORGE CARAM STEEH
       UNITED STATES DISTRICT JUDGE

Dated:  January 23, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on January 23, 2006, by electronic and/or ordinary mail.

       s/Josephine Chaffee
       Secretary/Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAFAEL CABRAL,

        Petitioner,

vs.

        Case No. 05-CV-73437
        HON. GEORGE CARAM STEEH
        Crim. No. 93-CR-81315-02

UNITED STATES OF AMERICA,

        Respondent.
_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY AS TO SEPTEMBER 14, 2005 ORDER DISMISSING SECOND § 2255 PETITION (#620)

Rafael Cabral's September 7, 2005 motion for relief under 28 U.S.C. § 2255 was dismissed by the court on September 14, 2005 as a second § 2255 petition filed without permission of the court of appeals.  See In re Clemmons, 259 F.3d 489, 491 (6th Cir. 2001); 28 U.S.C. § 2244(b)(3)(A).  Before petitioner may appeal the September 14, 2005 decision, a certificate of appealability must issue.  28 U.S.C. §2253(c)(1)(B); Fed. R. App. P. 22(b).  A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. §2253(c)(2). Petitioner has made no such showing.  Accordingly, a certificate of appealability is hereby DENIED.

        SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated:  January 23, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on January 23, 2006, by electronic and/or ordinary mail.

        s/Josephine Chaffee
        Secretary/Deputy Clerk